NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**TWITTER, INC.,**
*Defendant-Appellee*

---

2019-1808

---

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-04523-LHK, United States District Judge Lucy H. Koh.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**CELLCO PARTNERSHIP, DBA VERIZON WIRELESS SERVICES LLC,**
*Defendant-Appellee*

---

2019-1812

---

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-06054-LHK, United States District Judge Lucy H. Koh.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**AT&T CORP.,**
*Defendant-Appellee*

_____

2019-1813

_____

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-06177-LHK, United States District Judge Lucy H. Koh.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE, INC.,**
*Defendant-Appellee*

_____

2019-1814

_____

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-06217-LHK, United States District Judge Lucy H. Koh.

––––––––––––––––––––

**JUDGMENT**

––––––––––––––––––––

LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA, argued for plaintiff-appellant.

MARK ANDREW PERRY, Gibson, Dunn & Crutcher LLP, Washington, DC, argued for all defendants-appellees. Defendant-appellee Apple, Inc. also represented by ANDREW WILHELM; RYAN IWAHASHI, Palo Alto, CA; JOHN M. DESMARAIS, AMEET MODI, Desmarais LLP, New York, NY; PETER CURTIS MAGIC, San Francisco, CA.

GENE WHAN LEE, Perkins Coie LLP, New York, NY, for defendant-appellee Twitter, Inc. Also represented by NATHAN K. KELLEY, Washington, DC.

FRANK C. CIMINO, JR., Venable LLP, Washington, DC, for defendant-appellee Cellco Partnership. Also represented by MEGAN S. WOODWORTH; WILLIAM HECTOR, San Francisco, CA.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, for defendant-appellee AT&T Corp. Also represented by LAUREN J. DREYER, Washington, DC.

LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA, for amici curiae Raymond A. Mercado, RPost Holdings, Incorporated, RPost Communications Limited, RMail Limited.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 16, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |